■ JANET K. HOLLINGSWORTH, as Limited Administratrix of the Goods, Chattels and Credits of ROBERT J. HOLLINGSWORTH, Deceased, Respondent, v BRUCE CAPAN et al., Appellants, et al., Defendant. [877 NYS2d 710]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered June 28, 2008 in a wrongful death action. The order denied the motion of defendants Bruce Capan and Matco Tools Corporation for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Fahey, Carni and Pine, JJ.